# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2019

### NO. 03-18-00774-CV

**Thomas Pellegrini; Pellegrini Interests, LLC; Steve Epps, Oak Hill Resources, LLC; and Lavaca River Operating Company, LLC, Appellants**

**v.**

**Six Pines Exploration, LLC; Empire Field, LLC; Santa Rosa Exploration II, LLC; M&H Ventures, LLC; Castellaw Energy, LLC; Kalane Energy, LLC; San Ambrosia Creek, L.P.; and L Investments, LLC, Appellees**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order entered by the trial court on November 15, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.